Argued and submitted September 4, 1981, affirmed February 24, 1982

POPE,
*Appellant,*
*v.*
DEPARTMENT OF REVENUE,
*Respondent.*

(TC 1449, SC 27574)

640 P2d 1032

Barbara Rose, Beaverton, argued the cause and filed the brief for appellant.

Ted E. Barbera, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief was Dave Frohnmayer, Attorney General, Salem.

Before Denecke, Chief Justice, and Tongue,* Lent, Linde, Peterson, Tanzer and Campbell, Justices.

PER CURIAM.

---

* Tongue, J., retired February 7, 1982.

**PER CURIAM.**

This case involves the identical question decided this date in *Fellman v. Department of Revenue,* 292 Or 569, 640 P2d 1388 (1982).

Affirmed.